DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SWIM'N SPORT RETAIL, INC.,** a Florida corporation,
Appellant,

v.

**HARBOURSIDE PLACE, LLC,** a Florida limited liability company,
Appellee.

No. 4D19-756

[October 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2017-CA-011934.

David R. Softness of David R. Softness, P.A., Miami, for appellant.

Christopher Kammerer of Kammerer Mariani PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***